# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2982
LT Case No. 2019-CF-1503-A

_____

DOUGLAS M. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Sumter County.
Mary Pavloff Hatcher, Judge.

Douglas M. Williams, Lake Butler, pro se.

No Appearance for Appellee.

May 20, 2025

PER CURIAM.

AFFIRMED.

JAY, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____